**Order entered August 20, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00354-CV

**PAMELLA JOINER, Appellant**

**V.**

**THE WEITZMAN GROUP, INC., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-16489**

### ORDER

Before the Court is appellant's August 18, 2022 unopposed second motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **September 19, 2022**. We caution appellant that further extension requests will be disfavored.

/s/    KEN MOLBERG
       JUSTICE